**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 95-6601**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHNNY CASTELLO JOHNSON,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-92-30, CA-93-400-3-P)

―――――――――――

Submitted: August 20, 1996      Decided: October 15, 1996

―――――――――――

Before WIDENER, HALL, and WILKINS, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Johnny Castello Johnson, Appellant Pro Se.  Kenneth Davis Bell, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), <u>amended by</u> Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Johnson v. United States</u>, Nos. CR-92-30, CA-93-400-3-P (W.D.N.C. Mar. 22, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>